THE HONORABLE LAUREN KING

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LA'KESHA MANNING, an individual, | No. 2:21-cv-01233-LK |
| Plaintiff, | |
| v. | STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL |
| FXI, a Pennsylvania Corporation, UBI 602 936 307, | NOTE ON MOTION CALENDAR: September 27, 2022 |
| Defendant. | |

## I.   STIPULATION

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), LCR 7(d)(1), and LCR 10(g), the parties, by and through their undersigned counsel of record, stipulate, agree, and request that all of the claims and causes of action in the above captioned matter be dismissed with prejudice and with each party to bear her or its own attorney fees and costs.

DATED this 27th day of September, 2022.

JACKSON LEWIS P.C.                     BACKLUND LAW FIRM PLLC

By:  /s/ Bryan P. O'Connor             By:   /s/ Andrew J. Backlund
Bryan P. O'Connor, WSBA #23867         Andrew J. Backlund, WSBA #45775
Jonathan M. Minear, WSBA #41377        1833 N 105th St Ste 101
520 Pike Street, Suite 2300            Seattle, WA 98133
Seattle, WA 98101                      (206) 745-2839
Telephone: (206) 626-6423              andy@backlundlawfirm.com
Bryan.OConnor@jacksonlewis.com         Counsel for Plaintiff

STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL - 1
(Case No. 2:21-cv-01233-LK)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

Jonathan.Minear@jacksonlewis.com
Counsel for Defendant

## II. ORDER

Based upon the foregoing stipulation of the parties, IT IS SO ORDERED. The above-captioned matter and all claims and causes of action are hereby DISMISSED WITH PREJUDICE and with each party to bear her or its own attorney fees and costs.

DATED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE LAUREN KING

*Presented by:*

| JACKSON LEWIS P.C. | BACKLUND LAW FIRM PLLC |
|---|---|
| By: */s/ Bryan P. O'Connor* <br> Bryan P. O'Connor, WSBA #23867 <br> Jonathan M. Minear, WSBA #41377 <br> 520 Pike Street, Suite 2300 <br> Seattle, WA 98101 <br> Telephone: (206) 626-6423 <br> Bryan.OConnor@jacksonlewis.com <br> Jonathan.Minear@jacksonlewis.com <br> Counsel for Defendant | By: */s/ Andrew J. Backlund* <br> Andrew J. Backlund, WSBA #45775 <br> 1833 N 105th St Ste 101 <br> Seattle, WA 98133 <br> (206) 745-2839 <br> andy@backlundlawfirm.com <br> Counsel for Plaintiff |

STIPULATED MOTION AND [PROPOSED] ORDER
FOR DISMISSAL - 2
(Case No. 2:21-cv-01233-LK)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

>Andrew J. Backlund, WSBA #45775
>Backlund Law Firm PLLC
>1833 N. 105th Street, Ste 101
>Seattle, WA 98133-8973
>Email: andy@backlundlawfirm.com
>keri@backlundlawfirm.com
>bonney@backlundlawfirm.com
>alayna@backlundlawfirm.com

>Counsel for Plaintiff

DATED this 27th day of September, 2022.

_____
Tanya Stewart

4879-0625-2339

STIPULATED MOTION AND [PROPOSED] ORDER
FOR DISMISSAL - 3
(Case No. 2:21-cv-01233-LK)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404